**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 465 EAL 2017
:
        Respondent : 
: Petition for Allowance of Appeal from
: the Order of the Superior Court
    v. :
:
:
TYRIK PEREZ, :
:
        Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 15th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.